

**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

| | | |
|---|---|---|
| *Robert Frazer*<br>*United States Attorney*<br><br>*David Inkeles*<br>Assistant U.S. Attorney<br>*Acting Deputy Chief, Civil Division* | *970 Broad Street, Suite 700*<br>*Newark, NJ 07102*<br>*david.inkeles@usdoj.gov* | *main: (973) 645-2700*<br>*direct: (973) 645-2813*<br>*fax:   (973) 297-2010* |

July 3, 2026

<u>BY ECF</u>
Honorable Michael E. Farbiarz, U.S.D.J.
U.S. District Court for the District of New Jersey
Frank Lautenberg Post Office & U.S. Courthouse
2 Federal Square
Newark, NJ 07102

**SO ORDERED.**
**s/ Michael E. Farbiarz**
**Michael E. Farbiarz, U.S.D.J.**
Date: ⊥4 8, 2026

> Re:   *Argurto Luna v. Warden, Delaney Hall, et al.,* **No. 26-7449 (MEF)**
> **Status Update: Release**

Dear Judge Farbiarz:

This Office represents Respondents in this habeas action.  We respectfully write to notify the Court that U.S. Immigration and Customs Enforcement ("ICE") has informed this Office that Petitioner was released from custody at approximately 1:40 p.m. today.  ICE has further indicated that it will request a bond hearing with the Executive Office of Immigration Review to be scheduled with sufficient time for Petitioner to prepare for the hearing and will provide notice of the hearing to Petitioner upon confirmation of the hearing date and time.  *See* ECF No. 12.  Respondents respectfully request leave to file a subsequent status update at the conclusion of the Court-ordered bond hearing in immigration court.  *See id.*

We thank the Court for its attention to this matter.

> Respectfully submitted,
>
> ROBERT FRAZER
> United States Attorney
>
>
> By:   *s/ David Inkeles*
>       DAVID INKELES
>       Assistant United States Attorney
>       Acting Deputy Chief, Civil Division
>       *Attorneys for Respondents*